The People of the State of New York, Respondent, v Jazzmone E. Brown, Appellant. [845 NYS2d 210]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered March 7, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance the second degree, and criminal sale of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Smith, Peradotto and Green, JJ.